UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Curt Sticha,<br><br>    Plaintiff,<br><br>vs.<br><br>Brandl/Anderson Homes, Inc.,<br><br>    Defendant. | Case No.: _____ (___/___)<br><br>**NOTICE OF REMOVAL** |

TO: The Clerk of the United States District Court for the District of Minnesota, United States Courthouse, 300 South Fourth Street, 202 U.S. Courthouse, Minneapolis, MN 55415; and

Plaintiff above-named, by and through its counsel of record, Eric D. Satre, Satre Law Firm, US Bank Center, 101 Fifth Street East, Suite 2600, St. Paul, MN 55101.

PLEASE TAKE NOTICE that Defendant Brandl/Anderson Homes, Inc. (hereinafter "Defendant") submits this Notice of Removal to the United States District Court for the District of Minnesota, to remove the state court action described below pursuant to 28 U.S.C. §§ 1331, 1441 and 1446. In support of this removal, Defendant respectfully states as follows:

**COMPLAINT**

1. On August 24, 2021, an action was commenced in the First Judicial District Court, Dakota County, Minnesota, entitled Curt Sticha v. Brandl/Anderson Homes, Inc. (the "State Action") by service of the corresponding Summons and Complaint upon Defendant on such date. A true and correct copy of the Summons and Complaint are attached hereto as Exhibit A.

2143408 v1

2. Curt Sticha ("Plaintiff") is a Minnesota resident, real estate agent, and former independent contractor retained by Defendant as a Sales Agent. Plaintiff alleges that he was improperly classified as an independent contractor, rather than an employee, resulting in alleged violations of numerous statutes, including, but not limited to, 29 U.S.C. § 201 et. seq. Plaintiff seeks monetary damages and declaratory relief.

## FEDERAL COURT JURISDICTION

3. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331.  Plaintiff's Complaint alleges a cause of action arising pursuant to Title 29 of the United States Code.

## VENUE

4. The United States District Court for the District of Minnesota embraces the county where the State Action was filed, and thus, venue is proper pursuant to 28 U.S.C. § 103(3).

## TIMELINESS

5. This Notice of Removal is timely under 28 U.S.C. 1446 because it is filed within 30 days of the State Action being served on Defendant on August 24, 2021.

## 28 U.S.C. §  1446 COMPLIANCE AND RESERVATION OF RIGHTS

6. Pursuant to 28 U.S.C. § 1446(a), Defendant is required to attach to this Notice a copy of all process, pleadings, and orders served upon them.  As previously noted, the Summons and Complaint are attached to this Notice as Exhibit A.  The attached Exhibit constitutes the only documents now known by Defendant to have been filed or served in the state action.

7. This Notice of Removal is signed by counsel for the Defendant pursuant to 28 U.S.C. § 1446(a) and Rule 11 of the Federal Rules of Civil Procedure.

8. As required by 28 U.S.C. § 1446(d), Defendant will file written notice of this removal with the Court Administrator of the District Court for the First Judicial District for the State of Minnesota, Dakota County. A true and correct copy of the Notice of Filing of Notice of Removal to be filed with the state court is attached hereto as <u>Exhibit B</u>. In addition, copies of the Notice to the state court, together with this Notice of Removal, will also be served upon Plaintiff, by and through his counsel, as required by the Rules of this Court.

9. By filing this Notice of Removal, Defendant does not waive any defenses, or concede that Plaintiff has stated any claims upon which relief may be granted. In addition, if any questions arise as to the propriety of the removal of this action, Defendant requests the opportunity to brief any disputed issues and to present oral argument in support of its position that this case is properly removable.

WHEREFORE, Defendant Brandl/Anderson Homes, Inc. removes this action from the First Judicial District for the State of Minnesota, County of Dakota, and respectfully requests any further relief, general or specific, at law or in equity, to which it may be justly entitled.

**FOLEY & MANSFIELD, PLLP**

Dated:  September 24, 2021       By:   *s/ Lisa M. Lamm Bachman*
Lisa M. Lamm Bachman (#264313)
Tessa Mansfield Hirte (#0396591)
250 Marquette Avenue, Suite 1200
Minneapolis, MN  55401
Telephone:  (612) 338-8788
Email:  llammbachman@foleymansfield.com
tmansfield@foleymansfield.com

Attorneys for Defendant